UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                          MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −54)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 560 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 30, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON
AUG 3 1 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: ETHICON, INC., PELVIC REPAIR  
SYSTEM PRODUCTS LIABILITY LITIGATION                                  MDL No. 2327

## SCHEDULE CTO-54 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12-06940 | Zouka Rosen et al v. Umakant M Khetan et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12-03548 | Lupton et al v. Ethicon Inc et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 12-61531 | Pirlein v. Ethicon, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 12-06205 | Moore et al v. Ethicon, Inc., et al |
| KENTUCKY WESTERN | | | |
| ~~KYW~~ | ~~1~~ | ~~12-00115~~ | ~~Lee v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~KYW~~ | ~~1~~ | ~~12-00117~~ | ~~Looper v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| KYW | 3 | 12-00408 | Moore v. Ethicon, Inc. et al |
| ~~KYW~~ | ~~3~~ | ~~12-00410~~ | ~~Weaver v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~KYW~~ | ~~3~~ | ~~12-00411~~ | ~~Williams v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~KYW~~ | ~~3~~ | ~~12-00412~~ | ~~Maynard v. Ethicon, Inc. et al~~ Opposed 8/30/12 |
| ~~M~~ISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 12-00589 | Vaughan v. Johnson & Johnson et al |
| NEW JERSEY | | | |
| NJ | 3 | 12-04277 | LEWIS et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04279 | MARKER et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04294 | MARTIN v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04295 | PAAPE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04296 | PASCUAL v. JOHNSON & JOHNSON et al |

| | | | |
|---|---|---|---|
| NJ | 3 | 12-04297 | REED v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04298 | TURBEVILLE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04299 | WALL et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04300 | PAYNE et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04318 | MOREFIELD v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04319 | PERRY v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04320 | SMITH v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04360 | OWENS v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04375 | THOMPSON v. ETHICON, INC. et al |
| NJ | 3 | 12-04376 | MCCOY v. ETHICON, INC. et al |
| NJ | 3 | 12-04400 | WOODS et al v. JOHNSON & JOHNSON et al |
| NJ | 3 | 12-04951 | SCHMIDT v. ETHICON, INC. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 12-00227 | McLeod v. Ethicon, Inc. et al |
| ~~TNE~~ | ~~1~~ | ~~12-00235~~ | ~~Lowe v. Ethicon, Inc et al~~ Opposed 8/30/12 |
| ~~TNE~~ | ~~1~~ | ~~12-00240~~ | ~~Stanifer v. Ethicon, Inc et al~~ Opposed 8/30/12 |
| ~~TNE~~ | ~~1~~ | ~~12-00241~~ | ~~Steele v. Ethicon, Inc et al~~ Opposed 8/30/12 |
| TNE | 2 | 12-00288 | Birchfield et al v. Johnson & Johnson et al |
| TNE | 2 | 12-00292 | Potter v. Ethicon, Inc et al |
| TNE | 2 | 12-00294 | Slemp v. Ethicon, Inc et al |
| TNE | 3 | 12-00359 | Shoffner v. Ethicon, Inc. et al (TV2) |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12-02630 | Murphree v. Ethicon, Inc. et al |